# EXHIBIT A

ELECTRONICALLY FILED - 2024 Jul 09 12:26 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701488

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF BEAUFORT<br><br>Patricia W. Spangler and Philip L. Spangler,<br><br>Plaintiffs,<br><br>vs.<br><br>Columbia Sussex Corporation d/b/a Marriott Hilton Head Resort & Spa, Marriott International, Inc., and Columbia Sussex Management, LLC,<br><br>Defendants. | IN THE COURT OF COMMON PLEAS<br>FOURTEENTH JUDICIAL CIRCUIT<br><br>C.A. # 2024-CP-07-<br><br>**SUMMONS**<br><br>(Jury Trial Demanded) |

TO THE DEFENDANTS ABOVE-NAMED:

You are hereby summoned and required to answer the Complaint, herewith served upon you, and to serve a copy of your answer to same upon the subscriber at 7 Mills Avenue, Post Office Box 10285, Greenville, South Carolina, 29603, within thirty (**30**) days after the service hereof, exclusive of the day of such service. If you fail to answer within that time, you will be considered to be in default and the Plaintiff will move before the Court for the relief demanded in the Complaint.

**MITCHELL, BOUTON & MARCHANT, LLC**

s/William I. Bouton
William I. Bouton-S.C. Bar #:72885
Dana C. Mitchell, III - S.C. Bar #: 4009
Lucas C. Marchant-S.C. Bar #: 72742
Post Office Box 10285
Greenville, South Carolina 29603
Telephone: (864) 232-9330
Fax: (864) 233-9052
wbouton@danamitchelllaw.com
dmitchell@danamitchelllaw.com
lmarchant@danamitchelllaw.com

**ATTORNEYS FOR THE PLAINTIFFS**

Greenville, South Carolina
July 9, 2024

ELECTRONICALLY FILED - 2024 Jul 09 12:26 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701488

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS FOURTEENTH JUDICIAL CIRCUIT |
| COUNTY OF BEAUFORT ) | |
| Patricia W. Spangler and Philip L. Spangler, ) | C.A. # 2024-CP-07- |
| Plaintiffs, ) | **COMPLAINT** |
| vs. ) | (Jury Trial Demanded) |
| Columbia Sussex Corporation d/b/a Marriott Hilton Head Resort & Spa, Marriott International, Inc., and Columbia Sussex Management, LLC, ) | |
| Defendants. ) | |

Plaintiffs allege:

## GENERAL ALLEGATIONS

1. Plaintiffs Patricia W. Spangler (hereinafter "wife") and Philip L. Spangler (hereinafter "husband") are citizens and residents of Greenville County, South Carolina, and, at all times mentioned herein, were, and continue to be wife and husband, lawfully married under the Laws of the State of South Carolina.

2. Upon information and belief, Defendant Mariott International, Inc. (hereinafter "Marriott") is a foreign corporate entity organized and registered under the laws of the State of Delaware, maintaining facilities and properties, employs agents, and employees within Beaufort County, South Carolina.

3. Upon information and belief, Defendant Columbia Sussex Corporation d/b/a Marriott Hilton Head Resort & Spa (hereinafter "Sussex Corporation") is a corporation organized and existing under the laws of the Commonwealth of Kentucky, under license of Mariott International, Inc. which owns properties, employs agents, and is doing business in the County of Beaufort, State of South Carolina.

ELECTRONICALLY FILED - 2024 Jul 09 12:26 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701488

4. Upon information and belief, Defendant Columbia Sussex Management, LLC (hereinafter "Sussex Management"), is a limited liability company organized and existing under the laws of the Commonwealth of Kentucky, and doing business in the County of Beaufort, State of South Carolina. More specifically, upon information and belief, Defendant Sussex Management operates, manages, and controls the Marriott Hilton Head Resort and Spa located at One Hotel Circle, Hilton Head Island, South Carolina.

5. That the above-named Defendants shall hereinafter be referred to collectively as "Defendants".

6. At all times material herein, Defendants, and their agents and/or employees, had the care, custody, and control of, and/or were responsible for the maintenance and condition of the subject hotel property known as Marriott Hilton Head Resort & Spa, located on Hilton Head Island in Beaufort County, South Carolina.

7. At all-times material herein, Defendants, and each of its corporate affiliates, were each responsible for the acts and/or omissions of their agents, members, representatives, and employees under the doctrine of *respondeat superior*.

8. At all times material herein, Defendants owed a non-delegable duty, with respect to their business operations, management, and maintenance at the subject property to keep patrons and visitors from hazards.

9. Upon information and belief, Defendants have established safety guidelines and management procedures which they are required to follow and comply with. Therefore, Defendants had a duty to supervise and ensure all safety guidelines are properly followed and complied with.

10. Upon information and belief, venue is proper in this Court, and the Court has both subject matter and personal jurisdiction over all claims and parties.

ELECTRONICALLY FILED - 2024 Jul 09 12:26 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701488

**FOR A FIRST CAUSE OF ACTION**
**(Negligence/Premises Liability/Recklessness/ Gross Negligence/Anticipated Harm, as To All Defendants)**

11. Each and every allegation of the GENERAL ALLEGATIONS referred to above are reiterated and realleged herein as fully as if repeated verbatim where not inconsistent;

12. On or about July 6, 2023, Plaintiff Wife was an invited guest, and/or patron of the Defendants at their hotel property, specifically the Hilton Head Marriott Resort & Spa, Hilton Head Island, South Carolina.

13. On this date and location Plaintiff Wife was an invitee of a paying guest in room # 808, of the Defendants at their property. While sitting on the patio reading and watching the beach, Plaintiff Wife rose from her chair to enter into the adjoining room, when suddenly and without warning, her foot became caught in an uncovered drainage trap, causing her to fall and suffer severe physical injuries and other damages, all as described below.

14. As a direct and proximate result of the Defendants' negligence and recklessness Plaintiff Wife was severely injured, all of which has and will in the future cause her to undergo much physical pain and suffering, has and will in the future cause her to have to spend money for medical services and related care, has caused permanent and lasting physical disabilities, and has caused Plaintiff Wife to have the general quality of her life forever greatly diminished and impaired. Upon information and belief, Plaintiff Wife's injuries are of a "permanent nature".

15. The Defendants, their agents, servants and employees all had actual and/or constructive knowledge that a large number of its invitees, including Plaintiff Wife herein, frequently sat on the balcony in question and that this dangerous condition was allowed to exist over a significant period of time without being properly corrected.

16. The Defendants, as a matter of law, had a heightened duty of care owed to Plaintiff Wife and all its invitees, including, without limitation, the duty of exercising reasonable

ELECTRONICALLY FILED - 2024 Jul 09 12:26 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701488

and ordinary care for her safety **and**, further, had the affirmative duty to warn Plaintiff Wife of latent and/or hidden dangers on this property of which the Defendants had actual and/or constructive notice thereof.

17. That the Defendants, their agents, servants, and/or employees and/or their predecessors in title failed to maintained its property safely from the time of its first construction right up to and including to the time of Plaintiff Wife's fall and resulting injuries, and had **both** actual and constructive knowledge of the dangerous condition [the uncovered drainage trap] well-before Plaintiff Wife's fall on **June 6, 2023**.

18. Even if the dangerous condition posed by the uncovered drainage trap, referred to above, was known or obvious to Plaintiff Wife, which is expressly denied and is assumed solely for the purpose of this CAUSE OF ACTION, Defendants should have anticipated that harm might have occurred to Plaintiff Wife despite such knowledge or obviousness.

19. The Defendants were negligent, reckless, and grossly negligent in the following and other particulars, to wit:

a. In failing to maintain their premises in reasonable safe condition;

b. In failing to put up warning signs to warn Plaintiff Wife and other invitees of room 808, of the uncovered dangerous drainage trap;

c. In failing to affirmatively inspect its property where Plaintiff Wife and other invitees frequented;

d. In failing to cordon-off and otherwise protect the location where Plaintiff Wife fell from access by other invitees until the dangerous and defective condition could be corrected and made safe, when the opportunity to do so did then and there exist prior to Plaintiff Wife's injuries;

e. In failing to adequately provide for the safety of its invited guests;

f. In failing to repair and remedy the uncovered drainage trap prior to Plaintiff Wife's fall when the Defendant had both actual and constructive knowledge of the dangerous condition long before Plaintiff Wife's fall;

ELECTRONICALLY FILED - 2024 Jul 09 12:26 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701488

g. In failing to comply with applicable building codes, safety codes, and the International Property Maintenance codes applicable and adopted by the County and City of Beaufort, South Carolina, then in force and effect at the time of Plaintiff Wife's fall and resulting injuries;

h. In failing to follow, upon information and belief, the Defendant's own Policies and Procedures with regard to issues of safety on its premises, including, without limitation, the duty to make periodic inspections of the property for dangerous conditions on the property, to give warning to the invitees including Plaintiff Wife, of these conditions when found, and to remedy and cordon off any dangerous conditions until such time as the conditions could be corrected; and

i. In failing to use the same degree of care and caution that a reasonably prudent property owner and/or property manager would and should have used under the circumstances then there existing.

All of which acts and omissions by the Defendants were a direct and proximate cause of the injuries and damages suffered by Plaintiff Wife herein, said acts being in violation of the Common and Statutory Laws of the State of South Carolina.

20. Plaintiff Wife is informed and believes she is entitled to judgment against the Defendants herein, jointly and severally, in an amount of actual and punitive damages, all to be determined by a jury.

21. Plaintiff Wife demands a jury trial on all issues so triable.

**FOR A SECOND CAUSE OF ACTION**
**(Loss of Consortium/Philip Spangler)**

22. Each and every allegation of the GENERAL ALLEGATIONS, FIRST CAUSE OF ACTION, above is/are realleged and reaffirmed herein as fully as if repeated verbatim where not inconsistent.

23. Philip Spangler has suffered a Loss of the Consortium of his wife including, without limitation, her companionship, aid, society and services, all as a direct and proximate result of the Defendant's negligent and reckless acts above-mentioned.

ELECTRONICALLY FILED - 2024 Jul 09 12:26 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701488

24. Plaintiff Philip Spangler alleges, upon information and belief, he is entitled to judgment against the Defendants herein, jointly and severally, in an amount of actual damages, to be determined by a jury.

25. Plaintiff Philip Spangler demands a jury trial on all issues so triable.

**WHEREFORE**, Plaintiffs prays as follows:

**As to Patricia Spangler**

1. For judgment against the Defendants herein, jointly and severally, in an amount of actual and punitive damages, to be determined by a jury;
2. For the costs and disbursements of her action;
3. For a jury trial on all issues so triable; and
4. For such other and further relief as the Court deems just and proper.

**As to Philip Spangler**

1. For judgment against the Defendants herein, jointly and severally, in an amount of actual damages and punitive damages, to be determined by a jury;
2. For the costs and disbursements of his action;
3. For a jury trial on all issues so triable; and
4. For such other and further relief as the Court deems just and proper.

**MITCHELL, BOUTON & MARCHANT, LLC**

s/William I. Bouton
William I. Bouton-S.C. Bar #:72885
Dana C. Mitchell, III - S.C. Bar #: 4009
Lucas C. Marchant-S.C. Bar #: 72742
Post Office Box 10285
Greenville, South Carolina 29603
Telephone: (864) 232-9330
Fax: (864) 233-9052
wbouton@danamitchelllaw.com
dmitchell@danamitchelllaw.com
lmarchant@danamitchelllaw.com
**ATTORNEYS FOR THE PLAINTIFFS**

Greenville, South Carolina
July 9, 2024

ELECTRONICALLY FILED - 2024 Jul 09 12:26 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701488

PLAINTIFFS DEMAND A JURY TRIAL ON ALL ISSUES SO TRIABLE.

**MITCHELL, BOUTON & MARCHANT, LLC**

s/William I. Bouton
William I. Bouton-S.C. Bar #:72885
Dana C. Mitchell, III - S.C. Bar #: 4009
Lucas C. Marchant-S.C. Bar #: 72742
Post Office Box 10285
Greenville, South Carolina 29603
Telephone: (864) 232-9330
Fax: (864) 233-9052
wbouton@danamitchelllaw.com
dmitchell@danamitchelllaw.com
lmarchant@danamitchelllaw.com

**ATTORNEYS FOR THE PLAINTIFFS**

Greenville, South Carolina
July 9, 2024

ELECTRONICALLY FILED - 2024 Jul 18 3:48 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701488

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | FOURTEENTH JUDICIAL CIRCUIT |
| COUNTY OF BEAUFORT | ) | |
| | ) | |
| Patricia W. Spangler and Philip L. Spangler, | ) | C.A. # 2024-CP-07-01488 |
| | ) | |
| Plaintiffs, | ) | **CERTIFICATE OF SERVICE BY MAIL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Columbia Sussex Corporation d/b/a Marriott Hilton Head Resort & Spa, Marriott International, Inc., and Columbia Sussex Management, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

On the 15h day of July, 2024, I served a clocked copy of the Summons and Complaint ***(JURY TRIAL REQUESTED)*** in this action on the **Defendant Columbia Sussex Corporation d/b/a Marriott Hilton Head Resort & Spa**, by and through its Registered Agent, Corporation Service Company, by Certified Mail Return Receipt Requested Restricted Delivery, pursuant to Rule 4(d), SCRCP. Attached hereto as 'Exhibit **A**' is a copy of the Certified Mail/Return Receipt signed by an authorized party of the Agent, evidencing acceptance of this certified mailing.

**MITCHELL, BOUTON & MARCHANT, LLC**

Judy M. Gartrell, Paralegal

ELECTRONICALLY FILED - 2024 Jul 18 3:48 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701488

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS<br>THIRTEENTH JUDICIAL CIRCUIT |
| COUNTY OF GREENVILLE | |
| Nyliah Trinity Oglesby,<br>Plaintiff,<br>vs.<br>Circustrix Holdings, LLC, d/b/a Sky Zone, and Emmanuel Campbell,<br>Defendants. | C.A. # 2024-CP-23-03015 |

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Co.
508 Meeting St.
West Columbia, SC 29169

9590 9402 8573 3244 5565 98

2. Article Number *(Transfer from service label)*

9589 0710 5270 0981 4295 38

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X greenle ☒ Agent ☐ Addressee

B. Received by *(Printed Name)* Julie Bonk

C. Date of Delivery 7/15/24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

# EXHIBIT A

ELECTRONICALLY FILED - 2024 Jul 18 3:48 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701488

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS<br>FOURTEENTH JUDICIAL CIRCUIT |
| COUNTY OF BEAUFORT | ) | |
| Patricia W. Spangler and Philip L. Spangler, | ) | C.A. # 2024-CP-07-01488 |
| Plaintiffs, | ) | **CERTIFICATE OF SERVICE BY MAIL** |
| vs. | ) | |
| Columbia Sussex Corporation d/b/a Marriott Hilton Head Resort & Spa, Marriott International, Inc., and Columbia Sussex Management, LLC, | ) | |
| Defendants. | ) | |

On the 15h day of July, 2024, I served a clocked copy of the Summons and Complaint ***(JURY TRIAL REQUESTED)*** in this action on the **Defendant Columbia Sussex Management, LLC**, by and through its Registered Agent, Corporation Service Company, by Certified Mail Return Receipt Requested Restricted Delivery, pursuant to Rule 4(d), SCRCP. Attached hereto as 'Exhibit **A**' is a copy of the Certified Mail/Return Receipt signed by an authorized party of the Agent, evidencing acceptance of this certified mailing.

**MITCHELL, BOUTON & MARCHANT, LLC**

Judy M. Gartrell, Paralegal

ELECTRONICALLY FILED - 2024 Jul 18 3:48 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701488

STATE OF SOUTH CAROLINA ) IN THE COURT OF COMMON PLEAS
) THIRTEENTH JUDICIAL CIRCUIT
COUNTY OF GREENVILLE )

Nyliah Trinity Oglesby, ) C.A. # 2024-CP-23-03015

Plaintiff, )

vs. )

Circustrix Holdings, LLC, d/b/a Sky Zone, )
and Emmanuel Campbell, )

Defendants. )

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Co.
508 Meeting St.
West Columbia, SC 29169

9590 9402 8573 3244 5566 04

2. Article Number *(Transfer from service label)*

9589 0710 5270 0981 4295 45

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature] ☒ Agent ☐ Addressee

B. Received by *(Printed Name)* Julie Borne

C. Date of Delivery 7/15/24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

# EXHIBIT A